Ex parte WILLIAMS
No. A-2119. Opinion Filed November 21, 1914.
(152 Pac. 1199.)

Petition of Walter Williams for writ of habeas corpus. Cause dismissed.

Hepburn & Chappell, of Guthrie, for petitioner.

PER CURIAM. Cause dismissed, on motion of petitioner.

---

Ex parte YOUNG
No. A-2337. Opinion Filed June 10, 1915.

Petition of Bob Young for writ of habeas corpus. Writ granted.

PER CURIAM. The petition filed on behalf of said Bob Young alleges in substance that he is unlawfully imprisoned in the county jail of Ottawa county by the sheriff of said county on a misdemeanor. On the filing of the petition, the writ issued and was made returnable before the county court of Ottawa county.

---

In re RICHARD I. JACKSON
Opinion Filed July 11, 1916.
(157 Pac. 1028.)

Application of Richard I. Jackson for Writ of Habeas Corpus. Cause Dismissed.

Pruiett, Sniggs, and Tripp, for petitioner.

PER CURIAM. On behalf of Richard I. Jackson, a duly verified petition for writ of Habeas Corpus was filed in this court on November 17, 1915, alleging that petitioner was illegally restrained of his liberty and unlawfully imprisoned in the county jail of Oklahoma county, by the sheriff of said county. A demurrer was interposed and thereupon the cause was dismissed on the motion of counsel for petitioner.